UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE J. BERNARD,

    Plaintiff,

  v.

KELLY MITCHELL, et al.,

    Defendants.

Case No. 14-cv-05289-VC  (PR)

**ORDER OF DISMISSAL**

Plaintiff Maurice J. Bernard, an inmate at San Quentin State Prison, initiated this action by filing a motion for a preliminary injunction. On April 8, 2014, the Court issued an order denying the motion for a preliminary injunction and directing Bernard to file a civil rights complaint on the Court's civil rights complaint form within twenty-eight days from the date of the order. The Court informed Bernard that, if he failed to file a complaint on the proper form within twenty-eight days, his action would be dismissed for failure to prosecute. The Clerk mailed a blank civil rights complaint form to Bernard.

More than twenty-eight days have passed and Bernard has not filed a complaint on the Court's civil rights complaint form nor has he communicated with the Court in any manner. Therefore, this action is dismissed without prejudice for failure to follow a Court order and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: May 12, 2015

VINCE CHHABRIA
United States District Judge